IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Martínez vs. Comisión Industrial | CIVIL NO. 97-1465 (PJB) |
| Méndez-Laboy, et al vs. Abbot Laboratories | 98-1223 |
| Olavarria-Carrillo, et al vs. Abbot Laboratories | 98-1227 |
| Negrón-Rodríguez, et al vs. Toledo | 98-2240 |
| Turabo Medical Center vs. Jefferson Pilot | 99-2064 |
| Turabo Medical Center vs. Confederation Life | 99-2065 |

---

## MEMORANDUM OF THE CLERK

Pursuant to the Judges' agreement to the reassignment of forty-five cases per judge to the docket of the Honorable Jay García-Gregory, who took the oath of office effective August 1, 2000, these cases are reassign to Judge García-Gregory.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 7th day of August, 2000.

FRANCES RIOS DE MORAN
Clerk of Court

By:  JOSE M. MORALES
Chief Deputy Clerk

