IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ-LABOY, et al.

    **Plaintiffs**

    v.                              CIVIL NO.  98-1223 (JAG)
                                                               98-1227 (JAG)

ABBOT LABORATORIES, INC.

    **Defendant**

---

### JUDGMENT

In accordance with the Memorandum and Order entered today, the Court enters judgment dismissing the Complaint with prejudice.

This case is now closed for all statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of August, 2002.

                                    JAY A. GARCIA-GREGORY
                                    United States District Judge


